# GROOM LAW GROUP

Lars C. Golumbic
(202) 861-6615
lgolumbic@groom.com

March 4, 2022

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    RE:    *Cedeno v. Sasson, et al.*, No. 21-2891

Dear Ms. Wolfe:

    My firm represents Defendant-Appellant Argent Trust Company ("Argent") in the above-referenced appeal. I write to inform the Court that Argent joins in the Brief of Appellants, filed today by Defendants-Appellants Ryan Sasson, *et al.*

Respectfully submitted,

*s/ Lars C. Golumbic*
Lars C. Golumbic
*Counsel for Argent Trust Company*


cc:    All Counsel of Record